Achot MIRZOIAN, Petitioner,

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 10–70943.**

United States Court of Appeals, Ninth Circuit.

Submitted July 17, 2012.*

Filed July 24, 2012.

Areg Kazaryan, Law Offices of Areg Kazaryan, Glendale, CA, for Petitioner.

OIL, Ann M. Welhaf, DOJ–U.S. Department Of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

### MEMORANDUM **

Achot Mirzoian, a native and citizen of Armenia, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion, *Najmabadi v. Holder,* 597 F.3d 983, 986 (9th Cir.2010), and we deny the petition for review.

The BIA did not abuse its discretion in denying Mirzoian's motion to reopen as untimely where the motion was filed over six years after the BIA's final order, *see* 8 C.F.R. § 1003.2(c)(2), and Mirzoian failed to demonstrate that there has been a material change in Armenia with respect to the government's treatment of opposition party supporters to qualify for the regulatory exception to the time limit for filing motions to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *Najmabadi,* 597 F.3d at 991; *He v. Gonzales,* 501 F.3d 1128, 1132 (9th Cir.2007) (a change in personal circumstances does not establish changed country conditions).

**PETITION FOR REVIEW DENIED.**

Oil, Zoe Jaye Heller, Esquire, Trial, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

